Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
         kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY ELLICK,<br><br>                      Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; and DIRECTV, LLC<br><br>                      Defendants. | Case No. 2:21-cv-02083-GMN-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Anthony Ellick ("Plaintiff" or "Ellick"), by and through his counsel of record, the law firm of Kind Law, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on November 20, 2021;

WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is December 23, 2021;

WHEREAS, due to the recent retention of counsel and the upcoming holidays, NCTUE's counsel needs additional time to investigate and prepare a response to the Complaint;

WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including January 21, 2022 in which to respond to Plaintiff's Complaint;

1

1     WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

    WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

    THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through January 21, 2022 in which to respond to Plaintiff's Complaint.

Respectfully Submitted by:

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso
Michael V. Infuso, Esq.
Nevada Bar No. 7388
Keith W. Barlow, Esq.
Nevada Bar No. 12689
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146

Approved by:

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
8860 S. Maryland Parkway
Las Vegas, Nevada 89123

## O R D E R

**IT IS SO ORDERED.**

Dated this 10th day of December, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2