WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, DIRECTV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY ELLICK,<br><br>             Plaintiff,<br>     vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AND DIRECTV, LLC,<br><br>             Defendants. | Case No.: 2:21-cv-02083-GMN-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO ANSWER**<br><br>(Second Request) |

Plaintiff, Anthony Ellick ("Plaintiff") and Defendant, DIRECTV, LLC ("Defendant"), by and though their undersigned counsel, hereby move that Defendant shall have up and including February 11, 2022, to answer or otherwise respond to Plaintiff's complaint. The parties request the additional time to continue to discuss settlement prior to Defendant filing an answer or otherwise responding the complaint. This motion is filed in good faith and not intended to cause delay. This is the parties' second request of an extension of time to answer the complaint by Defendant. The court previously issued an order extending the time for Defendant to respond to January 21, 2022 [ECF No. 14].

/././
/././
/././
/././
/././
/././

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

**IT IS SO STIPULATED.**

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Gerardo Avalos* |
| Ramir M. Hernandez, Esq.<br>Nevada Bar No. 11731<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, DIRECTV, LLC* | George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff Anthony Ellick* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2022