George Haines Esq.
Nevada Bar No. 9411
Gerardo Avalos Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Anthony Ellick*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Ellick,<br><br>                    Plaintiff,<br><br>  v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.; and Directv, LLC,<br><br>                    Defendants. | Case No.: 2:21-cv-02083-GMN-DJA<br><br>**Stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss**<br><br>**(First request)** |

Anthony Ellick ("Plaintiff") and   National Consumer Telecom & Utilities Exchange, Inc. ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, filed on February 8, 2022. ECF 20. This is the first request for an extension of this deadline.

The extension is sought because Plaintiff's counsel requires additional time to prepare an appropriate response to the motion.

In good faith and not for the purposes of delay, the parties therefore stipulate that Plaintiff's opposition to the pending motion shall be due on or before **March 3, 2022**.


Dated: February 22, 2022.


**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Anthony Ellick*

**GREENE INFUSO, LLP**

 /s/  Michael Infuso
Keith Barlow, Esq.
Michael Infuso, Esq.
3030 South Jones Blvd. Suite 101
Las Vegas Nevada 89146
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

**IT IS SO ORDERED.**

Dated this  23  day of February, 2022.


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT