George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Anthony Ellick*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Ellick, | Case No.: 2:21-cv-02083-GMN-DJA |
| Plaintiff(s,) | **Stipulation of dismissal of Directv, LLC with prejudice** |
| v. | |
| National Consumer Telecom & Utilities Exchange, Inc.; and Directv, LLC, | |
| Defendant(s.) | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Anthony Ellick and Directv, LLC stipulate to dismiss Plaintiff's claims against Directv, LLC with prejudice.

///

///

///

STIPULATION      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 13, 2022.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Anthony Ellick*

**Wright Finlay & Zak**

/s/ Ramir Hernandez
Ramir Hernandez, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Counsel for Directv, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this  15  day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT