Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Anthony Ellick*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Ellick,<br><br>Plaintiff,<br><br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc.; and Directv, LLC,<br><br>Defendant. | Case No.: 2:21-cv-02083-GMN-DJA<br><br>**Stipulation of dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

STIPULATION                                      - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Anthony Ellick and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 6, 2022.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway,
Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Anthony Ellick*

**GREENE INFUSO, LLP**

/s/ Michael Infuso
Michael Infuso, Esq.
Keith Barlow, Esq.
3030 South Jones Blvd.
Suite 101
Las Vegas. NV 89146

*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __7__ day of September, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT